Andrew P. Holland/Bar No. 224737
Mark V. Boennighausen/Bar No. 142147
Dinah X. Ortiz/Bar No. 273556
THOITS LAW
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
Telephone:  (650) 327-4200
Facsimile:  (650) 325-5572

Attorneys for Plaintiffs
Color Image Apparel, Inc. and
Bella+Canvas, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Color Image Apparel, Inc.**, a California corporation, and **Bella+Canvas, LLC**, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>**DEREK JAESCHKE**, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMANDED [FRCP 38]** |

Plaintiffs Color Image Apparel, Inc. ("Color Image") and Bella+Canvas, LLC ("Bella+Canvas") (collectively, "Plaintiffs") hereby file this Complaint against Derek Jaeschke ("Defendant" or "Jaeschke") and allege as follows:

## THE NATURE OF THE ACTION

1. This action by Plaintiffs seeks to recover damages for copyright infringement.

2. Defendant operates a Social Media Account on the website Instagram, accessible at https://www.instagram.com/derekjaeschke/ (the "Account").

3. Defendant, without permission or authorization from Plaintiffs, actively reproduced, displayed, distributed, and/or made derivatives of six

photographs (the "Photographs") commissioned by Plaintiffs from Plaintiffs' professional photographer for use in catalogs and other media for the purpose of advertising and promoting Plaintiffs' commercial offerings on the Account. Defendant committed these infringements and violations knowingly, willfully, and with reckless disregard, in violation of the United States Copyright Act.

4.  Plaintiffs hereby seek actual damages for copyright infringement, Defendant's profits attributable to the infringing activity, injunctive relief to prevent Defendant's actions from further damaging Plaintiffs, and Plaintiffs' attorneys' fees and costs, prejudgment interest, and post-judgment interests.

## THE PARTIES

5.  Color Image is and at all times relevant hereto was a California corporation with its principal place of business at 9830 Wilshire Blvd. Beverly Hills, CA 94022.

6.  Bella+Canvas is and at all times relevant hereto was a California limited liability corporation with its principal place of business at 9830 Wilshire Blvd. Beverly Hills, CA 94022.

7.  Plaintiffs manufacture and distribute premium blank apparel and sell their products to select distributors who then resell these products.

8.  On information and belief, Defendant is an individual who is, and at all relevant times was, a resident of Los Angeles County and domiciled within the City of Santa Monica, which is located within this judicial district. Defendant is a catalog model who participated in several photo shoots in 2014, 2015, and 2016 for Bella+Canvas, which at the time was a brand run through Color Image. It is now a wholly owned subsidiary of Color Image.

9.  Plaintiffs are unaware of the true names and capacities of the Defendants sued herein as Does 1 through 10, inclusive, and therefore sues these Defendant by such fictitious names. Plaintiffs will amend the complaint to allege their true names and capacities when ascertained. Plaintiffs are informed and believe

and, based upon such information and belief, allege that each fictitiously named Defendant is legally responsible in some manner for the occurrences herein alleged, and that Plaintiffs' losses as herein alleged were proximately caused by such wrongful acts and omissions.

## JURISDICTION

10. The Court has subject matter jurisdiction over federal copyright infringement claims pursuant to 28 U.S.C. section 1338(a) and 1331.

11. This Court has personal jurisdiction over Defendant because Defendant is a resident of Los Angeles County, conducts his modeling business in Los Angeles County, and purposely directs substantial activities at the residents of California and Los Angeles County by means of the Account.

## VENUE

12. Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) because Defendant has committed the acts complained of in this District, has caused damage to Plaintiffs in the United States and in this District and is subject to personal jurisdiction in this District as a result. Furthermore, Defendant resides in this District.

## FACTUAL BACKGROUND

**A.   Bella+Canvas and Defendant's Participation in Photo Shoots**

13. Color Image designs and manufactures clothing apparel, which it sells and markets through its subsidiary companies and brands, including the Bella+Canvas and Alo Yoga brands. At the time that Defendant participated in photo shoots for Bella+Canvas products, Bella+Canvas was not yet a subsidiary. Rather, it was a brand through which Color Image advertised products.

14. Under the Bella+Canvas brand, Color Image markets and sells premium quality blank clothing that it sells to distributors. In order to market its products, Color Image commissions photographs and video content of generic catalog models wearing its blank clothing for inclusion on its website and catalog,

as well as on its distributors' marketing materials.

15. On the following dates, Defendant Derek Jaeschke participated in photo shoots through which Color Image commissioned photographs and video content to use in its marketing materials: June 3, 2014; June 4, 2014; June 6, 2014; June 11, 2014; June 24, 2014; October 10, 2014; April 23-26, 2015; June 5, 2015; and February 23, 2016.

16. Defendant is one of many generic catalog models that Bella+Canvas used in this timeframe to model its offerings and services. An example of the manner in which Plaintiffs use Defendant's image to advertise its offerings and services is below:

[Image: Bella+Canvas "SPECKLED – THROW SOME CONFETTI" advertisement showing a male model in a red t-shirt (3650 Unisex Poly-Cotton Short Sleeve Tee) and a female model in a navy top (8816 Women's Slouchy Tee), with color swatches below.]

**B. Plaintiffs' Copyrights**

17. Plaintiffs have obtained an active and valid copyright certificate of

registration from the United States Copyright Office (the "USCO") confirming its registration of the Photographs. As noted in the copyright certificates of registration for the Photographs, Luke Wooden, the professional photographer Color Image hired for these photo shoots, assigned exclusive copyright ownership in these Photographs to Color Image, and Color Image has subsequently assigned ownership in these Photographs to Bella+Canvas. The Photographs comprise original authorship and are protected works in which Plaintiffs hold the exclusive copyright interests.

18. Color Image applied to the USCO to register the Photographs on August 24, 2021. The USCO approved Color Image's registration application and issued a Certificate of Registration on August 27, 2021 with an Effective Date of Registration on August 24, 2021. A true and correct copy of the Certificate of Registration issued by the USCO is attached hereto as **Exhibit 1.**

19. Plaintiffs have neither authorize nor granted any license to Defendant to reproduce, distribute, display, make derivatives of, or otherwise use or exploit the Photographs or any other Photographs created, authored, or owned by Plaintiffs. Color Image has likewise not assigned any of its exclusive rights in the copyrights to Defendant.

C. **Defendant's Unauthorized Use of the Photographs**

20. On or about February 4, 2021, Plaintiffs observed unauthorized reproductions of the Photographs distributed and displayed on Jaeschke's Account on Instagram. **Exhibits 2-7** are true and correct copies of screen captures made by Plaintiffs of the Photographs as reproduced, distributed, and displayed on Jaeschke's Account on Instagram.

21. Jaeschke reproduced, displayed, distributed, and made derivatives of the copyright-protected Photographs on his Instagram Account without permission or authorization from Plaintiffs.

22. As of today's date, the Photographs remain reproduced, distributed,

and displayed on Jaeschke's Account on Instagram.

23. Each Photograph posted on Jaeschke's Account has a URL ("Uniform Resource Locator") for a fixed tangible medium of expression that is sufficiently permanent or stable to permit it to be communicated for a period of more than transitory duration. Each URL provides evidence of a specific instance of infringing use. The Photographs are accessible at the following URLs:

    a. https://www.instagram.com/p/2egQQPhg3m/
    b. https://www.instagram.com/p/32UuHChg1B/
    c. https://www.instagram.com/p/4nEtMKBgzj/
    d. https://www.instagram.com/p/7OYIQZBg4M/
    e. https://www.instagram.com/p/x90MoChg9A/
    f. https://www.instagram.com/p/xm-BCAhg7o/
    g. https://www.instagram.com/p/vSaVGjBg-3/

24. The Photographs are exact copies of the entirety of Plaintiffs' original images that were reproduced and distributed by Jaeschke to Instagram in order to affect the display of the works on his Instagram Account.

25. On information and belief, Defendant takes an active and pervasive role in the content posted on his Account, including but not limited to copying, posting, selecting, commenting on, and/or displaying images including but not limited to the Photographs.

26. On information and belief, the Photographs were willfully and volitionally posted to the Account by Defendant.

27. On information and belief, Defendant has the legal right and ability to control and limit the infringing activities on his Account and had the ability to exercise this right.

28. On information and belief, Defendant posted the Photographs knowingly and in violation of applicable copyright laws.

29. On information and belief, a large number of people have viewed and

THOITS LAW
A PROFESSIONAL CORPORATION
400 Main Street, Suite 250
Los Altos, California 94022
(650) 327-4200

received the unlawful copies of the Photographs on the Account.

30. On information and belief, Defendant has received a financial benefit directly attributable to posting the Photographs on his Account.

31. As a result of Defendant's misconduct, Plaintiffs have been substantially harmed.

## FIRST CLAIM FOR RELIEF

*(Direct Copyright Infringement, 17 U.S.C. § 501 et seq.)*

32. Plaintiffs reallege and incorporate by reference each and every allegation contained in each of the above paragraphs as if fully set forth herein.

33. The Photographs are original, creative works in which Plaintiffs own a valid copyright properly registered with the United States Copyright Office.

34. Plaintiffs have not licensed Defendant the right to use the Photographs in any manner, nor have Plaintiffs assigned any of its exclusive rights in the copyrights to Defendant.

35. Defendant's reproduction, display, and distribution of the Photographs and creation of unauthorized derivative works constitutes willful copyright infringement.

36. Plaintiffs are informed and believe and thereon allege that the Defendant willfully infringed upon Plaintiffs' copyrighted Photographs in violation of Title 17 of the U.S. Code, in that he used, published, communicated, posted, publicized, and otherwise held out to the public for commercial benefit, the original and unique Photographs without Plaintiffs' consent or authority, by using them in the infringing articles on the Account.

## PRAYER FOR RELIEF

**WHEREFORE**, PLAINTIFFS pray for judgment as set forth below.

1. That the Court enters a judgment finding that Defendant has infringed on Plaintiffs' rights to the Photographs in violation of 17 U.S.C. section 501 *et seq.* and award damages and monetary relief as follows:

a. Finding that Defendant infringed Plaintiffs' copyrights in the Photographs by copying and displaying without a license or consent;

b. For an award of Plaintiffs' actual damages and Defendant's profits pursuant to 17 U.S.C. section 504(b), or in the alternative, statutory damages against Defendant in an amount up to $30,000 for each work infringed pursuant to 17 U.S.C. section 504(c);

c. For an order pursuant to 17 U.S.C. section 502(a) enjoining Defendant from any infringing use of any of Plaintiffs' works;

d. For costs of litigation and reasonable attorneys' fees against Defendant pursuant to 17 U.S.C. section 505;

e. For pre-judgment interest as permitted by law; and

f. For any other relief the Court deems just and proper.

## JURY DEMAND

Plaintiffs hereby demand trial by jury in the above entitled action pursuant to Fed. R. Civ. P. 38(b).

Dated: September 7, 2021

**THOITS LAW**
**Attorneys for Plaintiffs**

*/s/ Andrew P. Holland*
**Andrew P. Holland/ CA Bar No. 224737**
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572
Email: aholland@thoits.com