Andrew P. Holland/Bar No. 224737
aholland@thoits.com
Aaron Wainscoat/Bar No. 218339
awainscoat@thoits.com
Melissa Zonne/Bar No. 301581
mzonne@thoits.com
**THOITS LAW**
A Professional Corporation
400 Main Street, Suite 205
Los Altos, California 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

Attorneys for Plaintiffs
COLOR IMAGE APPAREL, INC.
and BELLA + CANVAS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLOR IMAGE APPAREL, INC. and BELLA + CANVAS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DEREK JAESCHKE, an individual, and DOES 1 through 10, inclusive, <br><br> Defendant. | Case No.: 2:21-cv-07187-SVW-MAR <br><br> **DECLARATION OF MARCO DEGEORGE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OF COPYRIGHT INFRINGEMENT** <br><br> Date: May 9, 2022 <br> Time: 3:00 p.m. <br> Dept.: 10A <br> Judge: Hon. Stephen V. Wilson <br><br> Complaint Filed: September 7, 2021 <br> Pretrial Conf.: May 9, 2022 <br> Trial Date: May 17, 2022 |

I, Marco DeGeorge, declare as follows:

1. I am one of the founders of Color Image Apparel, Inc. ("Color Image") and a Co-C.E.O. of Bella + Canvas, LLC ("Bella+Canvas"). I have personal knowledge of the facts set forth in this declaration as a result of my position with those entities and my personal involvement in their management, administrative and financial affairs. I make this declaration of my own personal

1

DECLARATION OF MARCO DEGEORGE

1  knowledge, unless the context indicates otherwise, and, if called as a witness, I
2  could and would testify competently to the facts stated herein.
3       2.   Color Image is a California corporation in good standing, formed
4  in the year 2000, and has been in the business of design, manufacture, and
5  wholesale and retail sales of clothing and apparel since the mid-1990s. Color
6  Image first hired Luke Wooden as a photographer in or about 2011. The terms
7  of this engagement were memorialized in a written contract signed by Mr.
8  Wooden on February 9, 2011, which referenced an effective date of January 20,
9  2011. This agreement provided that Mr. Wooden would produce short videos
10 for Color Image to be used on its website and for tradeshows to market several
11 of its clothing brands, including Bella, Bella Luxx and Alo. Color Image and
12 Mr. Wooden agreed that the work created by Mr. Wooden, including
13 photographs and videos, would "be the exclusive property of [Color Image],
14 including any and all rights to copyright…." A true and correct copy of this
15 agreement is attached hereto as <u>Exhibit A</u>.
16      3.   After 2011 Color Image continued to hire Mr. Wooden as a
17 professional photographer for additional photography work, as has Color
18 Image's wholly-owned subsidiary Bella+Canvas. Color Image did not enter
19 into separate written agreements for these subsequent photoshoots like it did
20 with the initial 2011 contract because Color Image and Mr. Wooden agreed that
21 the copyrights to the photographs and videos made by Mr. Wooden for Color
22 Image after 2011 would also be owned by Color Image at the time they were
23 created.
24      4.   Beginning in 2012, Color Image began to frequently hire Mr.
25 Wooden for photoshoots throughout the year, including for its annual catalogue
26 shoots for its Bella+Canvas wholesale apparel business. In 2014 Color Image
27 hired Mr. Wooden for a series of photoshoots in June to be used for the
28 Bella+Canvas 2015 catalogue. The photoshoots were commissioned to make

1 photographs of dozens of styles and colors of Bella+Canvas apparel products, which were to be worn by various models that Color Image booked through Ford Model Agency.  One of these models was Derek Jaeschke.

5. As with prior photoshoots for Color Image, and consistent with the terms of the first agreement signed by Mr. Wooden in 2011 (Exhibit A), Color Image and Mr. Wooden understood that the photographs taken during these June 2014 photoshoots, and the copyrights to those photographs, would be owned by Color Image at the time of the photoshoots.  These photographs included the pictures of Derek Jaeschke modeling various Bella+Canvas apparel products.

6. In or about May 2021 I executed two additional written agreements on behalf of Color Image with Mr. Wooden.  True and correct copies of these two agreements are attached hereto as <u>Exhibit B</u> and <u>Exhibit C</u>.  These agreements were intended to confirm in writing the prior understanding and agreements with Mr. Wooden that Color Image owned the copyrights to the photographs created by Mr. Wooden as of the time he was hired to make them for Color Image.  Accordingly, these two agreements reference the January 20, 2011 date of the first written agreement with Mr. Wooden (Exhibit A), and also establish January 20, 2011 as the effective date for the two additional agreements.  I signed these two agreements in May 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 11th day of April, 2022, at Los Angeles, California.



Marco DeGeorge