JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

COLOR IMAGE APPAREL, INC., a
California corporation, and BELLA +
CANVAS, LLC, a California limited
liability company,

                Plaintiffs,

v.

DEREK JAESCHKE, an individual,
and DOES 1 through 10, inclusive,

                Defendants.

Case No. 2:21-cv-07187-SVW-MAR

**FINAL JUDGMENT**

IT IS HEREBY ORDERED, ADJUDGED, AND
DECREED that judgment be entered in favor of Defendants, that Plaintiffs
take nothing in this action, and that Defendant Derek Jaeschke recover his costs.

Dated: June 7, 2022

_____
Hon. Stephen V. Wilson
United States District Judge for the
Central District of California

-1-