Andrew P. Holland/Bar No. 224737
aholland@thoits.com
Aaron Wainscoat/Bar No. 218339
awainscoat@thoits.com
THOITS LAW
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

Attorneys for Plaintiffs
Color Image Apparel, Inc. and Bella + Canvas, LLC

Glenn Trost/Bar No. 116203
glenn@trostlegal.com
TROST LEGAL, P.C.
1010 N. Central Avenue
Glendale, CA 91202-2937

Stephen M. Hankins/Bar No. 154886
shankins@rshc-law.com
RILEY SAFER HOLMES & CANCILA LLP
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 275-8550
Facsimile: (415) 275-8551

Attorneys for Defendant Derek Jaeschke

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLOR IMAGE APPAREL, INC. and BELLA + CANVAS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DEREK JAESCHKE, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-07187-SVW-MAR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF HEARING DATE ON DEFENDANT'S MOTION FOR ATTORNEYS' FEES (DKT. 81)**<br><br>**Pursuant to L.R. 7-1 and 7-11**<br><br>Motion Hearing:<br>August 1, 2022<br>1:30 p.m.<br>Courtroom 10A |

Pursuant to Local Rules 7-1 and 7-11, Counsel for Plaintiffs Bella+Canvas, LLC and Color Image Apparel, Inc. (together, "Plaintiffs") and Defendant Derek Jaeschke ("Defendant") (collectively "the Parties") hereby submit this Joint Request for a brief continuance of the hearing date on Defendant's Motion for Attorneys' Fees ("Fee Motion")

This request is accompanied by the Declaration of Aaron Wainscoat, counsel for Plaintiffs, which is being submitted in consultation with counsel for Defendant and on behalf of the Parties.

As set forth in detail in the accompanying declaration:

(1) The Parties previously conferred and agreed to stipulate to a continuance of the hearing date from Monday, July 18, 2022 to Monday, August 1, 2022, to accommodate a previously scheduled pre-trial conference in another matter and the Court granted the Stipulation such that the Fee Motion is currently set to be heard on August 1, 2022. (Dkt. No. 87).  (Wainscoat Decl. ¶ 2).

(2) Plaintiffs filed a Notice of Appeal on July 7, 2022, which is currently pending before the Ninth Circuit Court of Appeals (Dkt. No. 89) (the "Appeal"). (Wainscoat Decl. ¶ 3).

(3) The parties have reached a provisional agreement that calls for Defendant to withdraw his motion for attorneys' fees, and for Plaintiffs to withdraw their appeal. (Wainscoat Decl. ¶ 4). To permit time for the parties to complete the obligations under the provisional agreement, the parties stipulate to a continuance of the hearing by one week, to Monday August 8, with the expectation that the Fee Motion and the Appeal will be withdrawn prior to the hearing pursuant to Local Rule 7-16. (Wainscoat Decl. ¶ 4).

Accordingly, the Parties hereby submit this Stipulation and [Proposed] Order and respectfully request a continuance of the hearing date on Defendant's Motion for

THOITS LAW
A PROFESSIONAL LAW CORPORATION
400 MAIN STREET, SUITE 250
LOS ALTOS, CALIFORNIA 94022

Attorneys' Fees until August 8, 2022.  Pursuant to L.R. 5-4.4.1, a proposed order is attached hereto as Exhibit A.

Dated:  July 29, 2022

**THOITS LAW**

By: /s/ *Aaron Wainscoat*
Andrew P. Holland
Aaron Wainscoat
Attorneys for Plaintiffs
Color Image Apparel, Inc.
and Bella + Canvas, LLC

Dated:  July 29, 2022

**TROST LEGAL, P.C.**

By: /s/ *Glenn Trost*
Glenn W. Trost
Attorneys for Defendant
Derek Jaeschke

1688878

3

JOINT STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF HEARING DATE ON DEFENDANT'S MOTION FOR ATTORNEYS' FEES (DKT. 81)