Andrew P. Holland/Bar No. 224737
aholland@thoits.com
Aaron Wainscoat/Bar No. 218339
awainscoat@thoits.com
Melissa Zonne/Bar No. 301581
mzonne@thoits.com
**THOITS LAW**
A Professional Corporation
400 Main Street, Suite 205
Los Altos, California 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

Attorneys for Plaintiffs
COLOR IMAGE APPAREL, INC.
and BELLA+CANVAS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLOR IMAGE APPAREL, INC. and BELLA+CANVAS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DEREK JAESCHKE, an individual, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: 2:21-cv-07187-SVW-MAR<br><br>**DECLARATION OF AARON WAINSCOAT IN SUPPORT OF JOINT STIPULATION FOR CONTINUANCE OF HEARING DATE ON DEFENDANT'S MOTION FOR ATTORNEYS' FEES (DKT. 81)**<br><br>Pursuant to L.R. 7-1 and 7-11<br><br>Motion Hearing:<br>August 1, 2022<br>1:30 p.m.<br>Courtroom 10A |

I, Aaron Wainscoat, declare as follows:

1.  I am an attorney at law, admitted to practice before the United States District Court for the Central District of California. I am an attorney with the law firm of Thoits Law, counsel for Plaintiffs Color Image Apparel, Inc. ("Color Image") and Bella+Canvas, LLC ("Bella+Canvas") (collectively, "Plaintiffs"). I have personal knowledge of the following facts due to my review of the file and my direct involvement in the matters below, and if called

1

DECLARATION OF AARON WAINSCOAT

as a witness, could and would competently testify thereto. This declaration is being submitted in connection with Plaintiffs' and Defendant Derek Jaeschke's (collectively "the Parties") Joint Request for a brief continuance of the hearing date on Defendant's Motion for Attorneys' Fees ("Fee Motion")

2. The Parties previously conferred and agreed to stipulate to a continuance of the hearing date from Monday, July 18, 2022 to Monday, August 1, 2022, to accommodate a previously scheduled pre-trial conference in another matter and the Court granted the Stipulation such that the Fee Motion is currently set to be heard on August 1, 2022. (Dkt. No. 87)..

3. Plaintiffs filed a Notice of Appeal on July 7, 2022, which is currently pending before the Ninth Circuit Court of Appeals (Dkt. No. 89) (the "Appeal").

4. The parties have reached a provisional agreement that calls for Defendant to withdraw his motion for attorneys' fees, and for Plaintiffs to withdraw their appeal. To permit time for the parties to complete the obligations under the provisional agreement, the parties stipulate to a continuance of the hearing by one week, to Monday August 8, with the expectation that the Fee Motion and the Appeal will be withdrawn prior to the hearing pursuant to Local Rule 7-16.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 29th day of July, 2022, at Santa Cruz, California.

                                                              */s/ Aaron Wainscoat*
                                                              Aaron Wainscoat