RILEY SAFER HOLMES & CANCILA LLP
STEPHEN M. HANKINS (CSB No. 154886)
shankins@rshc-law.com
NACENTÉ S. SEABURY (Admitted Pro Hac Vice)
JOSHUA L. ROQUEMORE (CSB No. 327121)
456 Montgomery Street, 16th Floor, San Francisco, CA  94104
Telephone: (415) 275-8550; Facsimile: (415) 275-8551

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLOR IMAGE APPAREL, INC., a California corporation, and BELLA + CANVAS, LLC, a California limited liability company,<br><br>v.                                         PLAINTIFF(S),<br><br>DEREK JAESCHKE, an individual, and DOES 1 through 10, inclusive,<br><br>DEFENDANT(S) | CASE NUMBER<br><br>2:21-cv-07187-SVW-MAR<br><br>**APPLICATION TO THE CLERK TO TAX COSTS** |

*Complete this form, including the Bill of Costs chart in section 2 and, if claiming witness fees, the Witness Fees chart in section 3. The completed form must then be submitted to the Court in two ways:  (1) saved as a PDF document and e-filed (with all necessary attachments) in the case docket using the "Clerk to Tax Costs (CV-59)" event in the Court's CM/ECF System; and (2) saved as a Word document (.doc or .docx) and submitted by email (without attachments) to Cost_BillsLA@cacd.uscourts.gov.  See L.R. 54-3 et seq. and the Bill of Costs Handbook (www.cacd.uscourts.gov/court-procedures/filing-procedures/bill-costs) for more information.*

| | |
|---|---|
| Name(s) of party or parties claiming costs: | Defendant Derek Jaeschke |

| | | | |
|---|---|---|---|
| Judgment entered on: | June 7, 2022 | Docket #: | 78 |

| | |
|---|---|
| Names of party(ies) against whom judgment was entered: | Plaintiffs COLOR IMAGE APPAREL, INC. and BELLA + CANVAS, LLC |

### DECLARATION UNDER 28 U.S.C. § 1924

I declare under penalty of perjury that the costs itemized in this CV-59 Form are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: June 21, 2022

Signature:                         /s/ Steven M. Hankins

Name:                Stephen M. Hankins
☐ Attorney of       Defendant Derek Jaeschke
Record for:

| **COURT USE ONLY** |
|---|
| ☒ Application GRANTED in whole/part; costs are taxed in the amount of $ *3,612.29* |
| ☐ Application DENIED because:  ☐ Not timely filed (L.R. 54-2.1). |
| ☐ Insufficient supporting documentation provided (L.R. 54-2.1). |
| ☐ Filer is not prevailing party (L.R. 54-1). |
| Date: *08/17/2022.*        **Kiry K. Gray, District Court Executive/Clerk of Court**<br><br>By: _____R. Morales_____<br>Deputy Clerk |

# BILL OF COSTS

### *The Clerk does not have discretion to tax any item not identified as taxable in the Local Rules.*

Click in one of the grey boxes in the "Amount Claimed" column, enter the relevant amount, and then use the "tab" key to move to the next field; this will cause the form to adjust the column total at the bottom of the chart.

A list of disallowance codes is provided below the chart.

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | | *(Shaded columns for Court use only.)* | | |
| 1 | | **L.R. 54-3.1 Clerk's Fees** *(only if in 28 USC § 1914 or www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule)* | | | | | |
| | | | | | | | |
| 2 | | **L.R. 54-3.2 Fees for Service of Process** | | | | | |
| | | $1,683.84 | Ex. A ($809.67); Ex. B ($255.06); Ex. C ($383.67); Ex. D ($235.44). | $1,683.84 | | | |
| 3 | | **L.R. 54-3.3 United States Marshal's Fees** | | | | | |
| | | | | | | | |
| 4 | | **L.R. 54-3.4 Transcripts of Court Proceedings** *(order or stipulation required and must be attached)* | | | | | |
| | | | | | | | |
| 5 | | **L.R. 54-3.5 Depositions** *(if order or stipulation required by rule, it must be attached)* | | | | | |
| | | $1,928.45 | Ex. E. | $1,928.45 | | | |
| 6 | | **L.R. 54-3.6 Witness Fees** *(TAXED AT STATUTORY RATE ONLY; complete Witness Fees Chart, below)* | | | | | |
| | | | | | | | |
| 7 | | **L.R. 54-3.7 Interpreter's Fees** *(document translation costs are not taxable)* | | | | | |
| | | | | | | | |
| 8 | | **L.R. 54-3.8 Docket Fees** *(only as provided by 28 U.S.C. § 1823)* | | | | | |
| | | | | | | | |
| 9 | | **L.R. 54-3.9 Court-Appointed Experts, Masters, Commissioners, and Receivers** *(attach appointment order)* | | | | | |
| | | | | | | | |
| 10 | | **L.R. 54-3.10 Certification, Exemplification and Reproduction of Documents** *(if order or stip required, it must be attached)* | | | | | |
| | (a) | *L.R. 54-3.10(a): "cost of copies of documents necessarily filed and served"* | | | | | |
| | | | | | | | |
| | (b) | *L.R. 54-3.10(b): "cost of copies of documents or other materials admitted into evidence"* | | | | | |
| | | | | | | | |
| | (c) | *L.R. 54-3.10(c): "Fees for an official certification of proof respecting the non-existence of a document or record"* | | | | | |
| | | | | | | | |
| | (d) | *L.R. 54-3.10(d): "Patent Office charges" for necessary "patent file wrappers and prior art patents"* | | | | | |
| | | | | | | | |
| | (e) | *L.R. 54-3.10(e): "Notary fees" of taxable documents* | | | | | |
| | | | | | | | |
| | (f) | *L.R. 54-3.10(f): "Fees for certification or exemplification of any document or record necessarily obtained for use in the case"* | | | | | |

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|
| | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | *(Shaded columns for Court use only.)* | | |
| (g) | | *L.R. 54-3.10(g): "cost of physically replicating or reproducing material necessarily obtained for use in the case"* | | | | |
| | | | | | | |
| 11 | | *L.R. 54-3.11 Premiums on Undertakings and Bonds* | | | | |
| | | | | | | |
| 12 | | *L.R. 54-3.12 Other Costs (Court order must be attached; only visual aids, models, and photographs taxable under this rule)* | | | | |
| | | | | | | |
| 13 | | *L.R. 54-3.13 State Court Costs (taxable only if taxable in state court; include citation to applicable state statute or rule)* | | | | |
| | | | | | | |
| 14 | | *L.R. 54-4 Items Taxable as Costs on Appeal (only items taxable under Fed. R. App. P. 39(e))* | | | | |
| | | | | | | |
| 15 | | *L.R. 54-5 Items Taxable as Costs on a Bankruptcy Appeal to the District Court* | | | | |
| | | | | | | |
| TOTAL | $3,612.29 | | $3,612.29 | $0.00 | | |

**\*Reason Codes for Disallowance of Claimed Costs:**

"A" – No supporting documents provided.
"B" – Order/Stip required but not provided.
"C" – Documents provided do not support full amount claimed.
"D" – Item does not fall within the scope of the Local Rule.
"E" – Invoice includes both taxable and non-taxable costs, but no breakdown is provided.
"F" – Amount claimed reduced by agreement after meet and confer.
"G" – Other.

# WITNESS FEES

### WITNESS FEES/EXPENSES COMPUTATION WORKSHEET: INSTRUCTIONS

- Attendance fees taxable only at statutory rate. 28 U.S.C. § 1821(b).
- Travel in a privately owned vehicle ("POV") is computed at federal government rates in the year of travel. Visit gsa.gov for current POV mileage reimbursement rate.
- For mileage claims, distances should be documented (through Google maps or similar); point of trip origin should be documented if different from place of residence.
- Subsistence expenses (including lodging and meals) for overnight stay (if required due to distance) are allowed but may not exceed maximum per diem allowance for federal government employees. View gsa.gov lodging per diem rates. View gsa.gov meals and incidental expenses per diem rates.

| WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees) | | | | | | |
|---|---|---|---|---|---|---|
| **NAME, CITY AND STATE** | **ATTENDANCE** | | **SUBSISTENCE** | | **MILEAGE** | | **Total Cost Each Witness** |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

# Exhibit A

# EXPRESS | NETWORK
*A Legal Support Network Company*

# I N V O I C E

*Remit To:* **LEGAL SUPPORT NETWORK**
P.O. BOX 861057
Los Angeles, CA 90086-1057

(213) 835-2776

| | |
|---|---|
| **ACCOUNT** | RILSASF |
| **INVOICE #** | SF-45382 |
| **INVOICE DATE** | 02/28/22 |
| **TOTAL** | 809.67 |

RILEY SAFER HOLMES & CANCILA
ACCOUNTS PAYABLE
456 MONTGOMERY ST., 16th FLR.
SAN FRANCISCO, CA. 94104

| Q.C.# | Party Served / Address<br>Date Served / Documents | Placed By/Reference<br>Case Name / Case # | Charge<br>Items | Amount |
|---|---|---|---|---|
| 0010758 | LUKE WOODEN<br>817 SILVERLAKE BLVD,<br><br>LOS ANGELES CA 90027<br>*served on* 02/22/22 *at* 09:30<br>MISCELLANEOUS DOCUMENTS | Alva Coleman<br>COLOR IMAGE v. JAESCHKE<br><br>COLOR IMAGE APPAREL, v. DER<br>case #: 2:21-CV-0718 | SPECIAL SERVICE<br>FUEL CHARGE<br><br><br>ADDITIONAL ATTEMPTS<br>FEES ADVANCED<br>** Total ** | 213.00<br>19.17<br><br><br>532.50<br>45.00<br>**809.67** |

page: 1                                                                                                      INVOICE TOTAL:      **809.67**

| ACCOUNT CODE | INVOICE # | INVOICE DATE | INVOICE TOTAL |
|---|---|---|---|
| RILSASF | SF-45382 | 02/28/22 | 809.67 |

EXPRESS NETWORK, A LEGAL SUPPORT NETWORK COMPANY

# Exhibit B

# EXPRESS | NETWORK
*A Legal Support Network Company*

# I N V O I C E

*Remit To:*  **LEGAL SUPPORT NETWORK**
P.O. BOX 861057
Los Angeles, CA 90086-1057
(213) 835-2776

| | |
|---|---|
| **ACCOUNT** | RILSASF |
| **INVOICE #** | SF-45381 |
| **INVOICE DATE** | 02/28/22 |
| **TOTAL** | 255.06 |

RILEY SAFER HOLMES & CANCILA
ACCOUNTS PAYABLE
456 MONTGOMERY ST., 16th FLR.
SAN FRANCISCO, CA. 94104

| Q.C.# | Party Served / Address<br>Date Served / Documents | Placed By/Reference<br>Case Name / Case # | Charge<br>Items | Amount |
|---|---|---|---|---|
| 0010757 | LUKE WOODEN | Alva Coleman | SPECIAL SERVICE | 234.00 |
| | 2821 COLORADO AVE., #3 | COLOR IMAGE v. JAESCHKE | FUEL CHARGE | 21.06 |
| | SANTA MONICA CA 90404 | COLOR IMAGE APPAREL, v. DER | | |
| | *closed out on* 02/17/22 | case #: 2:21-CV-0718 | | |
| | MISCELLANEOUS DOCUMENTS | | ** Total ** | **255.06** |

page: 1                                                          INVOICE TOTAL:    **255.06**

| ACCOUNT CODE | INVOICE # | INVOICE DATE | INVOICE TOTAL |
|---|---|---|---|
| RILSASF | SF-45381 | 02/28/22 | 255.06 |

EXPRESS NETWORK, A LEGAL SUPPORT NETWORK COMPANY

# Exhibit C

# EXPRESS | NETWORK
*A Legal Support Network Company*

# I N V O I C E

*Remit To:* **LEGAL SUPPORT NETWORK**
P.O. BOX 861057
Los Angeles, CA 90086-1057
(213) 835-2776

| | |
|---|---|
| **ACCOUNT** | RILSASF |
| **INVOICE #** | SF-45380 |
| **INVOICE DATE** | 02/28/22 |
| **TOTAL** | 383.67 |

RILEY SAFER HOLMES & CANCILA
ACCOUNTS PAYABLE
456 MONTGOMERY ST., 16th FLR.
SAN FRANCISCO, CA. 94104

| Q.C.# | Party Served / Address<br>Date Served / Documents | Placed By/Reference<br>Case Name / Case # | Charge<br>Items | Amount |
|---|---|---|---|---|
| 0010787 | LUKE WOODEN PHOTO CORPORATION C/O JENNIF<br>11964 AZURE PL | Alva Coleman<br>1551032-105001 | SAMEDAY SERVICE<br>FUEL CHARGE | 213.00<br>19.17 |
| | LOS ANGELES CA 90049<br>*served on* 02/19/22 *at* 09:30<br>CIVIL SUBPOENA | COLOR IMAGE APPAREL, v. DER<br>case #: 2:21-CV-0718 | <br><br>ADDITIONAL ATTEMPTS<br>FEES ADVANCED<br>** Total ** | <br><br>106.50<br>45.00<br>**383.67** |

page:  1                                                        INVOICE TOTAL:    **383.67**

| ACCOUNT CODE | INVOICE # | INVOICE DATE | INVOICE TOTAL |
|---|---|---|---|
| RILSASF | SF-45380 | 02/28/22 | 383.67 |

EXPRESS NETWORK, A LEGAL SUPPORT NETWORK COMPANY

# Exhibit D



# EXPRESS | NETWORK
*A Legal Support Network Company*

## I N V O I C E

*Remit To:* **LEGAL SUPPORT NETWORK**
P.O. BOX 861057
Los Angeles, CA 90086-1057
Billing Dept: (213) 835-2776

|  |  |
|---|---|
| **ACCOUNT** | RILSASF |
| **INVOICE #** | SF-46439 |
| **DATE** | 03/31/22 |
| **TOTAL** | 235.44 |

RILEY SAFER HOLMES & CANCILA
ACCOUNTS PAYABLE
456 MONTGOMERY ST., 16th FLR.
SAN FRANCISCO, CA. 94104

| Q.C.# | Party Served / Address<br>Date Served / Documents | Placed By/Reference<br>Case Name / Case # | Charge<br>Items | Amount |
|---|---|---|---|---|
| 0011007 | DOCUSIGN, INC., UNITED AGENT GROUP<br>4640 ADMIRALTY WAY, 5TH FLOOR<br><br>MARINA DEL REY CA 90292<br>*served on* 03/21/22 *at* 14:38<br>Subpoena to Appear and Testify at a Hearing or Trial in a Ci | Alva Coleman<br>COLOR IMAGE v. JAESCHKE<br><br>COLOR IMAGE APAREL,  v. DEREK<br>case #: 2:21-CV-0718 | SAMEDAY SERVICE<br>FUEL CHARGE<br><br><br><br>** Total ** | 216.00<br>19.44<br><br><br><br>**235.44** |

page:   1

INVOICE TOTAL:     **235.44**

| ACCOUNT CODE | INVOICE # | INVOICE DATE | INVOICE TOTAL |
|---|---|---|---|
| RILSASF | SF-46439 | 03/31/22 | 235.44 |

EXPRESS NETWORK, A LEGAL SUPPORT NETWORK COMPANY    TAX ID # 45-4301410

# Exhibit E

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Steve Hankins Esq | **Invoice #:**  **5658121** |
| Riley Safer Holmes & Cancila LLP | **Invoice Date:**  **3/21/2022** |
| 456 Montgomery St | **Balance Due:**  **$1,987.17** |
| 16th Fl | |
| San Francisco, CA, 94104 | |

| Case: Color Image Apparel, Inc. v. Jaeschke, Derek (2:21cv07187SVWMAR) | Proceeding Type: Depositions |
|---|---|

Job #: 5089526  |  Job Date: 2/15/2022  |  Delivery: Normal            Case No.:        2:21-cv-07187-SVW-MAR

Location:          Los Angeles, CA

Billing Atty:      Steve Hankins Esq

Scheduling Atty:   Steve Hankins Esq | Riley Safer Holmes & Cancila LLP

| Witness: Summer Barry | Quantity | Amount |
|---|---|---|
| Original with 1 Certified Transcript | 110.00 | $654.50 |
| Exhibits | 173.00 | $112.45 |
| Rough Draft | 110.00 | $181.50 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 |
| Attendance (Half Day) | 1.00 | $150.00 |
| Exhibit Share | 1.00 | $395.00 |
| Electronic Delivery and Handling | 1.00 | $35.00 |

| Notes: | Invoice Total: | $1,928.45 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | ~~Interest:~~ | ~~$58.72~~ |
| | ~~Balance Due:~~ | ~~$1,987.17~~ |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**THIS INVOICE IS 81 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5658121** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **3/21/2022** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$1,987.17** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |